# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,

       v.                           CR 92-60057-01-HO

JOHN EDWARD BUGLIONE,

                Defendant.

## ORDER REVOKING SUPERVISED RELEASE TERM IMPOSING SENTENCE, AND REIMPOSING SUPERVISED RELEASE TERM

On February 1, 1993, defendant appeared before The Honorable Michael R. Hogan, sitting in the court at Eugene, Oregon, and was sentenced to the custody of the Bureau of Prisons for a period of 180 months, followed by a 5-year term of supervised release subject to standard and special terms and conditions. The term of supervised release commenced on April 21, 2006.

On June 7, 2006 this court issued a petition for warrant and order to show cause why the

**ORDER ON REVOCATION OF SUPERVISED RELEASE**

term of supervised release previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On August 1, 2006 defendant appeared before The Honorable Michael R. Hogan and the defendant admitted violation of conditions of supervised release by using controlled substances, failing to participate in substance abuse treatment and failing to reside in and participate in a program of a community corrections center as alleged by the probation officer.

IT APPEARS TO THE COURT that the defendant is no longer suitable for community supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of 12 months and 1 day. Upon release from imprisonment, defendant is subject to the reimposition of a supervised release term, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release of 48 months, subject to the standard and special conditions previously imposed by the court in probation form 7A, and the following special conditions:

1. The defendant shall not possess or consume alcohol or frequent an establishment where alcohol is the primary item for sale.

2. As directed by the probation officer, the defendant shall take antabuse, if medically approved, for the treatment of alcohol abuse.

3. The defendant shall reside in and satisfactorily participate in a community corrections center to include a prerelease component, if determined appropriate by the Community Corrections Manager and the U.S. Probation Officer, for up to 120 days or until discharged by the Community Corrections Manager and the U.S. Probation Officer.

4. The defendant shall participate in a mental health treatment and substance abuse treatment program approved by the probation officer.

**ORDER ON REVOCATION OF SUPERVISED RELEASE**

All other aspects of the original order shall remain in full force and effect.

IT IS FURTHER ORDERED that the clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer, and the copy serve as the commitment of the defendant.

Dated: August 2, 2006.

                                                /s/ M. Hogan
                                                MICHAEL R. HOGAN
                                                United States District Judge

cc:    Probation Office
        Counsel of Record

**ORDER ON REVOCATION OF SUPERVISED RELEASE**